JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FRANCINE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for<br>Operations,<br><br>Defendant. | Case No. SA CV 16-1708-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: July 2, 2018



SHERI PYM
United States Magistrate Judge